■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH HARMON, Appellant. [929 NYS2d 854]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Andrias, J.P., Sweeny, Moskowitz, Richter and Román, JJ.